THE PEOPLE ex rel. FREDERICK E. BATES, Appellant, *v.* ROBERT G. H. SPEED et al., Respondents.*

(Argued April 23, 1894; decided May 4, 1894.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made November 21, 1893, which reversed an order of the Special Term denying a motion for increased costs.

*Frederick Collin* for appellant.

*A. J. Robertson* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

THE PEOPLE ex rel. JAMES C. FARGO, as President, etc., Respondent, *v.* SIMON W. ROSENDALE, Attorney-General, Appellant.

(Argued April 23, 1894; decided May 4, 1894.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made February 13, 1894, which reversed an order of Special Term denying an application for a writ of peremptory mandamus and granting mandamus.

*T. E. Hancock, Attorney-General,* for appellant.

*Frank Hasbrouck* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

* Reported below, 73 Hun, 302.